THE HON. MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO CHAPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA BANKING SYSTEMS, INC., d/b/a UMPQUA BANK,<br><br>Defendant. | No. 2:23-cv-01361<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(Clerk's Action Required) |

The Plaintiff, Roberto Chapman, pursuant to Fed. R. Civ. P. 44, hereby voluntarily dismisses this action without prejudice.

Dated this 14th day of September, 2023.

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
TIMOTHY W. EMERY, WSBA #34078
PATRICK B. REDDY, WSBA #34092
**EMERY REDDY, PLLC**
600 Stewart St., Ste 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Email: wbf@federmanlaw.com
*pro hac vice request forthcoming*

*Counsel for Plaintiff and Proposed Lead for the Putative Class*

### ORDER

It is Ordered that this action against Columbia Banking Systems, Inc. d/b/a Umpqua Bank is dismissed without prejudice.

DONE this _____ day of _____, 2023.

_____
HON. MICHELLE L. PETERSON
JUDGE/COURT COMMISSIONER